**ROBINS KAPLAN LLP**
Rayna E. Kessler, Esq.
NJ ID No. 031782010
399 Park Avenue, Suite 3600
New York, NY 10022-4690
Telephone: (212) 980-7431
Facsimile: (212) 980-7499
Email: RKessler@RobinsKaplan.com

*Attorneys for Defendants Rong Liu and Guangzhou Bristol Drug Delivery Co., Ltd.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AUSTAR INTERNATIONAL LIMITED, directly against and derivatively on behalf of AustarPharma LLC, | : : : : | CASE NO. 2:19-CV-08356-KM-MAH <u>Civil Action</u> |
| *Plaintiff,* | : : | |
| v. | : : | *Filed Electronically* |
| AUSTARPHARMA LLC; | : : | **<u>NOTICE OF DEFENDANTS RONG LIU AND GUANGZHOU BRISTOL DRUG DELIVERY CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>** |
| *Defendant/Nominal Defendant,* | : : : | |
| RONG LIU and GUANGZHOU BRISTOL DRUG DELIVERY CO., LTD., | : : : | |
| *Defendants.* | : : : | *MOTION RETURNABLE:* ***June 3, 2019*** |
| | : : | ***ORAL ARGUMENT REQUESTED*** |

**TO:** Stephen Allen Loney, Jr., Esq.
Hogan Lovells US LLP
1735 Market Street, 23r Floor
Philadelphia, Pennsylvania 19103
*Attorneys for Plaintiff Austar International Limited*

Paul H. Aloe, Esq.
Kudman Trachten LLP
350 Fifth Ave., Suite 4400
New York, New York 10118
*Attorneys for Defendant AustarPharma LLC*

**PLEASE TAKE NOTICE** that on June 3, 2019, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Rong Liu, and Guangzhou Bristol Drug Delivery Co., Ltd. ("Defendants"), shall move before the Honorable Kevin McNulty, U.S.D.J., at the U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(6), and 28 U.S.C. § 1367(c)(3), dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motions, Defendants shall rely upon the Brief and all supporting papers filed simultaneously herewith; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 6, 2019

Respectfully submitted,

By: s/Rayna E. Kessler

RAYNA E. KESSLER, ESQ.
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: (212) 980-7431
Facsimile:  (212) 980-7499
E-mail: RKessler@RobinsKaplan.com

*Attorneys for Defendants Rong Liu and Guangzhou Bristol Drug Co., Ltd.*