UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AUSTAR INTERNATIONAL LIMITED,** directly against and derivatively on behalf of AustarPharma LLC<br><br>**Plaintiff,**<br><br>v.<br><br>**AUSTARPHARMA LLC**<br><br>**Defendant/Nominal Defendant,**<br><br>**RONG LIU and GUANGZHOU BRISTOL DRUG DELIVERY CO., LTD.,**<br><br>**Defendants** | Civil Action No. 19-8356 (KM) (MAH)<br><br><br>ORDER |

This matter having come before the Court by way of Defendants' Motions to Stay Discovery [D.E. 45, 46];

and the Court having considered the parties' submissions and applicable law;

and the Court having heard oral argument on the motions on October 17, 2019;

and for the reasons set forth on the record on October 18, 2019, and for good cause shown;

**IT IS on this 18th day of October 2019,**

**ORDERED** that Defendants' Motions to Stay Discovery are **granted**;[1] and it is further

**ORDERED** that the parties shall inform this Court of the disposition of the Motions to Dismiss within seven days of the District Court's Order.

*s/ Michael A. Hammer*_____
**United States Magistrate Judge**

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).