UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUSTAR INTERNATIONAL LIMITED, directly against and derivatively on behalf of AustarPharma LLC<br><br>        Plaintiff,<br><br>      v.<br><br>AUSTARPHARMA LLC<br><br>        Defendant/Nominal Defendant,<br><br>RONG LIU and GUANGZHOU BRISTOL DRUG DELIVERY CO., LTD.<br><br>        Defendants. | Civil Action<br>2:19-cv-08356(KM)(MAH) |

**ORDER DISMISSING CASE WITH PREJUDICE**

AND NOW, on this 22nd day of February, 2021, upon consideration of the Joint Motion filed by Plaintiff Austar International Limited's ("Austar") "), Defendants Rong Liu, Ph.D. ("Dr. Liu") and Guangzhou Bristol Drug Delivery Co., Ltd. ("Bostal") (collectively, "Defendants"), and Nominal Defendant AustarPharma LLC ("AustarPharma") for Court Approval to Voluntarily Dismiss Case With Prejudice Pursuant to Fed. R. Civ. P. 23.1(c) and 41(a), the Statement pursuant to L. Civ. R. 7.1(d)(4), and any arguments of counsel, it is hereby ORDERED that the parties' Joint Motion for Approval to Voluntarily Dismiss Case is GRANTED pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a); and it is further

ORDERED that Austar's Complaint in its entirety, and any and all claims against Defendant/Nominal Defendant AustarPharma LLC, and Defendants Rong Liu, Ph.D., and Guangzhou Bristol Drug Delivery Co., Ltd. are hereby dismissed with prejudice and without costs, attorneys' fees, and/or disbursements to any party.

/s/ Kevin McNulty  
Hon. Kevin McNulty